Michael A. HELM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37603.

Missouri Court of Appeals,
Western District.

Sept. 30, 1986.

Michael A. Helm, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b)